# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NIGEL KING, BRANDON LEWIS, TAYLOR TRISCHETTA, and ERIC LEWIS, individually and on behalf of all others similarly situated, )))) | |
| )  Plaintiffs, ) | Civil Action No. 3:14-cv-01641-MEM (Judge Malachy E. Mannion) |
| ) v. ) ) | |
| ALBERT AND CAROL MUELLER LIMITED PARTNERSHIP, ALBERT MUELLER, CAROL MUELLER, JPMORGAN CHASE & CO., and JPMORGAN CHASE BANK, N.A., )))))))) | |
| )  Defendants. ) | |

## **ORDER**

AND NOW, this _____ day of _____, 2014, upon consideration of Defendants' Motion For Oral Argument, and any response thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED.

IT IS FURTHER ORDERED that oral argument shall be held on _____, 2014, at _____, a.m./p.m., at Courtroom _____.

BY THE COURT:

_____
J.

# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NIGEL KING, BRANDON LEWIS, TAYLOR TRISCHETTA, and ERIC LEWIS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALBERT AND CAROL MUELLER LIMITED PARTNERSHIP, ALBERT MUELLER, CAROL MUELLER, JPMORGAN CHASE & CO., and JPMORGAN CHASE BANK, N.A., <br><br> Defendants. | Civil Action No. 3:14-cv-01641-MEM <br> (Judge Malachy E. Mannion) |

## DEFENDANTS' MOTION FOR ORAL ARGUMENT

Pursuant to Local Rule 7.9, Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Albert and Carol Mueller Limited Partnership, Albert Mueller, and Carol Mueller respectfully request oral argument in connection with the Motion For Remand of Plaintiffs Nigel King, Brandon Lewis, Taylor Trischetta, and Eric Lewis, filed August 29, 2014 (Dkt. No. 10), and related Opposition and Reply (Dkt. Nos. 23, 28), in order to aid the Court's consideration of issues raised by the parties.

/s/ Noah A. Levine

Patrick J. Boland III (PA 75924)

MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN PC
P.O. Box 3118
Scranton, PA 18505
Tel: (570) 496-4600
Fax: (570) 496-0567
PJBolandIII@MDWCG.com

Noah A. Levine (admitted *pro hac vice*)
Jamie Dycus (admitted *pro hac vice*)
Joseph J. Yu (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
noah.levine@wilmerhale.com
jamie.dycus@wilmerhale.com
joseph.yu@wilmerhale.com

*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*

Matthew J. Hank, (PA 86086)
LITTLER MENDELSON, PC
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
Tel: (267) 402-3000
Fax: (267) 402-3131
mhank@littler.com

*Attorneys for Defendants Albert and Carol Mueller Limited Partnership, Albert Mueller, and Carol Mueller*

Dated: October 2, 2014

## CERTIFICATE OF CONCURRENCE PURSUANT TO LOCAL RULE 7.1

I hereby certify that counsel for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. sought concurrence for the foregoing Motion from counsel for Plaintiffs. Plaintiffs' counsel stated that they do not object to this Motion.

Respectfully submitted,

/s/ Noah A. Levine
Noah A. Levine

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of October, 2014, I served the foregoing to counsel of record through the United States District Court, Middle District of Pennsylvania using the Court's CM/ECF system.

/s/ Noah A. Levine
Noah A. Levine