# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NIGEL KING, BRANDON LEWIS,** : <br> **TAYLOR TRISCHETTA,** <br> **and ERIC LEWIS** : <br><br> Plaintiffs, : <br><br> v. : <br><br> **ALBERT AND CAROL MUELLER** : <br> **LIMITED PARTNERSHIP, ALBERT** <br> **MUELLER, CAROL MUELLER,** : <br> **JPMORGAN CHASE & CO., and** <br> **JPMORGAN CHASE BANK, N.A.,** : <br><br> **Defendants.** | **CIVIL ACTION NO. 3:14-1641** <br><br> **(JUDGE MANNION)** |

# O R D E R

For the reasons listed in the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

1. The plaintiffs' Motion to Remand, (Doc. 10), is **GRANTED**;

2. The Clerk of Courts is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 25, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1641-01 order.wpd